UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MULLINS,

    Plaintiff,

v.                                        Case No. 8:07-cv-2289-T-24 MAP

GREAT BAY ROOFING, INC., and
CALVIN JOHNSON,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice. (Doc. No. 5.) Pursuant to such notice, it is ORDERED AND ADJUDGED that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of February, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record